# UNITED STATES DISTRICT COURT
### for the

### Western District of Arkansas

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| Corey R. Foreman | )   Case No:   2:07CR20065-001 |
|  | ) |
|  | )   USM No:   08034-010 |
| Date of Original Judgment:    September 4, 2008 | ) |
| Date of Previous Amended Judgment: | )   James Pierce |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    78 months    months **is reduced to**    63 months     .

*(Complete Parts I and II of Page 2 when motion is granted)*

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

**DEC 0 5 2011**

CHRIS R. JOHNSON, Clerk
By

Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated    September 4, 2008   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:    December 5, 2011

*Judge's signature*

Effective Date:                      Honorable Robert T. Dawson U.S. District Judge
*(if different from order date)*                 *Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT:          Corey R. Foreman
CASE NUMBER:  2:07CR20065-001
DISTRICT:   Western District of Arkansas

## I.  COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | | | | | |
|---|---|---|---|---|---|---|
| Previous Total Offense Level: | 31 | | Amended Total Offense Level: | 29 | | |
| Criminal History Category: | II | | Criminal History Category: | II | | |
| Previous Guideline Range: | 78 | to 97 | months | Amended Guideline Range: | 63 | to 78 | months |

## II.  SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ The reduced sentence is above the amended guideline range.

## III.  ADDITIONAL COMMENTS